# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128740

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DAVID ST. AMANT,
      Plaintiff-Counter
      Defendant-Appellant,

v

                                       SC: 128740
                                       COA: 252656
                                       Wayne CC: 02-223628-CE

CITY OF TAYLOR,
      Defendant-Counter
      Plaintiff-Appellee.

_____/

        On order of the Court, the application for leave to appeal the April 12, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk